UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO, JR, <br><br>                    Plaintiff, <br><br>-against- <br><br>LORETTA Y. JONES; SEGUN SHIFT SUPERVISER; FIRST SHIFT SUPERVISER; FIRST SHIFT STAFF, <br><br>                    Defendants. | |
| ERNEST CALVINO, JR., <br><br>                      Plaintiff, <br><br>-against- <br><br>ANNEKA C., <br><br>                      Defendant. | 1:19-CV-11601 (CM) <br><br>1:19-CV-11610 (CM) <br><br>1:19-CV-11611 (CM) <br><br>CIVIL JUDGMENT |
| ERNEST CALVINO, JR, <br><br>                      Plaintiff, <br><br>-against- <br><br>INTERNAL AFFE, OLDKEM-311; CITY OF NEW YORK, <br><br>                    Defendants. | |

Pursuant to the order issued December 23, 2019, dismissing the complaints,

IT IS ORDERED, ADJUDGED AND DECREED that the complaints are dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 23, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge